IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Mary H. Ross,            )<br>                          )<br>          Plaintiff,  )<br>                          )<br>v.                        )<br>                          )<br>MICHAEL J. ASTRUE,        )<br>COMMISSIONER OF SOCIAL    )<br>SECURITY,                 )<br>                          )<br>          Defendant.  )<br>_____) | Civil Action No.: 8:06-3410-TLW-BHH |

# ORDER

On December 4, 2006, the plaintiff, Mary H. Ross, brought this action against the defendant, Michael J. Astrue, the Commissioner of Social Security, pursuant to Sections 205(g) of the Social Security Act, as amended (42 U.S.C. §405 (g)) seeking judicial review of the final decision of the Commissioner of Social Security Administration regarding her claim for Supplemental Security Income (SSI) under the Social Security Act.  (Doc. #1).  This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bruce H. Hendricks to whom this case had previously been assigned.  (Doc. #13).  In the Report, Magistrate Judge Hendricks recommends that the decision of the Commissioner be affirmed. (Doc. #13).  The defendant filed no objections to the Report.  Objections were due by February 28, 2008.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept,

1

reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED** (Doc. #13) and the Commissioner's decision is hereby affirmed.

**IT IS SO ORDERED**.

                                                  s/Terry L.Wooten

                                                  Terry L. Wooten
                                                  United States District Judge

March 12, 2008
Florence, South Carolina